UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 1 5 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| LAMAR PEARSON, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about January 4, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**LAMAR PEARSON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS #48028MO
Assistant United States Attorney