AO 247 (10/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# United States District Court
## for the
## Eastern District of Missouri

United States of America
v.

LAMAR PEARSON

Date of Original Judgment: 11/25/2013
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No: 4:13CR00184 CDP
USM No: 40565-044

Lucille Liggett
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ The court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.     ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____71____ months **is reduced to** ____57____

*(Complete Parts I and II of Page 2 when motion is granted)*

This sentence shall run consecutively to the sentence imposed in Docket No. 901-1762, Circuit Court of St. Louis, Missouri.

Except as otherwise provided, all provisions of the judgment dated November 25, 2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: November 23, 2015

Judge's signature

Effective Date: _____
*(if different from order date)*

Catherine D. Perry, United States District Judge
*Printed name and title*