RECEIVED
SEP 08 2020
BY MAIL

4:13 CR 184 CDP

9/2/2020

Judge Perry / Courts

The Reason for this letter/motion is for clarification of my sentence. When you sentenced me I was understanding that you stated for my Fed. time to be ran with my state time. However it's also stating for my parole revocation to run consecutively with my sentence. When I was sentenced there was no time issued for my parole violation. It seems like I'm doing a double sentence. I'm being told that you could order for my state facility to be mandated as my Fed sentence. This would make it where all my time would be considered served. I thankyou in advance for your help on this issue

Respectfully

Lamar Pearson

Name: LAMAR PEARSON
Reg # 40565-044
Federal Correctional Complex (Low)
PO Box 9000-Low
Forrest City, AR 72336

MEMPHIS TN 380
03 SEP 2020 PM 4 L



U.S District Court
111 S. 10th Street
St. Lous, Mo 63102

RECEIVED
SEP 08 2020
BY MAIL

"Legal Mayl"

"Legal Mayl"

63102-112599